Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
W. S. Coggeswell, for appellant.
T. W. Smith, for respondent.
No opinion.   Appeal dismissed, with costs.

---

### NAYLOR et al., Respondents, v. PELLY, Appellant.

(Superior Court of New York City, General Term.   January, 1894.)

Action by Frances S. Naylor and others against H. C. Pelly.   From an order denying a motion to resettle findings, defendant appeals.
Birdseye, Cloyd & Bayliss (Lucien Birdseye, of counsel), for appellant.
Edward S. Clinch, for respondents.

PER CURIAM.   Order affirmed, with $10 costs and disbursements.

---

### LAJOS, Respondent, v. EDEN MUSEE AMERICAN CO., Limited, Appellant.

(City Court of New York, General Term.   January 18, 1894.)

Action by Munczi Lajos against the Eden Musee American Company, Limited.
Argued before NEWBURGER, FITZSIMONS, and McCARTHY, JJ.

Seligman & Seligman, for appellant.
Dittenhoefer & Gerber, for respondent.

NEWBURGER, J.   This action was brought to recover $150, claimed to be due, arising from deductions that had been made by the defendant from the salary that became payable to plaintiff.   The answer, among other defenses, alleged that the contract sued upon is void as being within the statute of frauds.   On the trial of the action, the defendant moved, at the conclusion of plaintiff's case, as well as at the end of the trial, to dismiss the complaint, on the ground that the contract is within the statute of frauds, as not to be performed within one year, and therefore no recovery can be had on any such oral contract, which motion was denied, and exception taken.   The trial justice properly denied the motion to dismiss.   There was a complete contract between the parties, by reason of the correspondence and telegrams between them.   A careful examination of the printed case fails to disclose any errors on the trial that would warrant us in disturbing the judgment herein.   Judgment affirmed, with costs.   All concur.

---

### CENTER, Respondent, v. LIPPMAN, Appellant.

(City Court of New York, General Term.   February 8, 1894.)

Action by Edward C. Center against Moritz Lippman.
Argued before EHRLICH, C. J., and FITZSIMONS, J.

J. J. Gleason, for appellant.
Johnes & Wilcox, for respondent.

EHRLICH, C. J.   The trial judge properly submitted to the jury the question whether the $80 referred to in the answer was reserved, and taken by the plaintiff for the loan and forbearance of the money, or whether it was